United States District Court
Southern District of Texas
**ENTERED**
March 30, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| DARREN SEIGEL, § § *Plaintiff*, § VS. § § U.S. BANK NATIONAL ASSOCIATION, § NOT IN ITS INDIVIDUAL CAPACITY, § BUT SOLELY AS TRUSTEE FOR NRZ § PASS-THROUGH TRUST II, § § *Defendant*. § | CIVIL ACTION NO. 3:19-CV-366 |

## DISMISSAL ORDER

Before the court is the plaintiff's stipulation of dismissal of all claims against the defendant with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. 16. The court acknowledges this stipulation.

Accordingly, it is hereby ordered that all claims asserted against the defendant in the above-captioned lawsuit are hereby dismissed with prejudice to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

Any pending motions are hereby denied as moot.

**THIS IS A FINAL JUDGMENT.**

Signed on Galveston Island on this the 30th day of March, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE